| | | |
|---|---|---|
| Michael K. Desmond | The Honorable: | EUGENE R. WEDOFF |
| Figliulo & Silverman | Chapter   7 | |
| 10 South La Salle St. 3600 | Location: | Courtroom 744 |
| Chicago, IL  60603 | Hearing Date: | 10/22/2013 |
| (312) 251-5287 | Hearing Time: | 10:00 |
| Chapter 7 Trustee Michael K. Desmond | Response Date: | 10/15/2013 |

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re: SAKOWSKI, LEONORA          §   Case No. 11-08248
                                  §
                                  §
Debtor(s)                         §

### NOTICE OF TRUSTEE'S FINAL REPORT AND
### APPLICATIONS FOR COMPENSATION
### AND DEADLINE TO OBJECT (NFR)

　　　Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that
<u>Michael K. Desmond</u>, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

　　　The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
　　219 S. Dearborn
　　Chicago, IL  60604

　　　Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 10:00 on 10/22/2013 in Courtroom 642, United States Courthouse,
219 S. Dearborn
Chicago, Il  60604.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

  09/20/2013                By:  /s/ Michael K. Desmond
                                                              Trustee

Michael K. Desmond
10 South La Salle St. 3600
Chicago, IL  60603
(312) 251-5287
mkd.trustee@fslegal.com

**UST Form 101-7-NFR (10/1/2010)**

| | | |
|---|---|---|
| Michael K. Desmond | The Honorable: | EUGENE R. WEDOFF |
| Figliulo & Silverman | Chapter  7 | |
| 10 South La Salle St. 3600 | Location: | Courtroom 744 |
| Chicago, IL  60603 | Hearing Date: | 10/22/2013 |
| (312) 251-5287 | Hearing Time: | 10:00 |
| Chapter 7 Trustee Michael K. Desmond | Response Date: | 10/15/2013 |

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In re: SAKOWSKI, LEONORA     § Case No. 11-08248
                             §
                             §
Debtor(s)                    §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $  5,419.98 |
| *and approved disbursements of* | $  380.00 |
| *leaving a balance on hand of* [1] | $  5,039.98 |
| **Balance on hand:** | $  5,039.98 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| | | | None | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $  0.00 |
| Remaining balance: | $  5,039.98 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Michael K. Desmond | 1,092.00 | 0.00 | 1,092.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $  1,092.00 |
| Remaining balance: | $  3,947.98 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 3,947.98

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 3,947.98

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 47,290.43 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 8.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | 9,085.47 | 0.00 | 758.49 |
| 2 | RBS Citizens Bank | 10,686.06 | 0.00 | 892.11 |
| 3 | First National Bank of Omaha | 2,762.10 | 0.00 | 230.59 |
| 4 | American Express Centurion Bank | 5,003.34 | 0.00 | 417.70 |
| 5 | Capital One,N.A | 553.73 | 0.00 | 46.23 |
| 6 | Chase Bank USA, N.A. | 5,944.79 | 0.00 | 496.29 |
| 7 | Chase Bank USA, N.A. | 6,106.52 | 0.00 | 509.79 |
| 8 | Chase Bank USA, N.A. | 4,648.42 | 0.00 | 388.07 |
| 9 | Bernadette Sakowski | 2,500.00 | 0.00 | 208.71 |

**UST Form 101-7-NFR (10/1/2010)**

| | | |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 3,947.98 |
| Remaining balance: | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for tardy general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for subordinated claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

Prepared By: /s/Michael K. Desmond
Trustee

Michael K. Desmond
10 South La Salle St. 3600
Chicago, IL 60603
(312) 251-5287
mkd.trustee@fslegal.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:
Leonora B Sakowski
    Debtor

Case No. 11-08248-ERW
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0752-1     User: rgreen     Page 1 of 1     Date Rcvd: Sep 23, 2013
                  Form ID: pdf006     Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 25, 2013.
```
db          +Leonora B Sakowski,    420 West Belmont,    Apt 16B,    Chicago, IL 60657-4727
16889660    +1st National Bank of Omaha,    PO Box 3412,    Omaha, NE 68103-0412
16889661    +American Express,    PO Box 981537,    El Paso, TX 79998-1537
17907983     American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
18298399    +Bernadette Sakowski,    3925 East Avenue,    Stickney, IL 60402-4140
16889662    +Bernadette Sakowski,    3925 S East Avenue,    Berwyn, IL 60402-4140
16889663    +Capital One,    PO Box 30281,    Salt Lake City, UT 84130-0281
17908812    +Capital One,N.A,    c/o Creditors Bankruptcy Service,    P O Box 740933,    Dallas,Tx 75374-0933
16889664    +Charter One Card Services,    PO Box 18204,    Bridgeport, CT 06601-3204
16889665    +Chase Bank,    PO Box 15298,    Wilmington, DE 19850-5298
17917110     Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
17894484    +First National Bank of Omaha,    1620 Dodge Street Stop Code 3105,    Omaha Ne 68197-0002
16889668    +RBS Citizens,    1000 Lafayette Gill,    Bridgeport, CT 06604-4725
17865677    +RBS Citizens Bank,    480 Jefferson Blvd,    RJE 135,    Warwick RI 02886-1359
16889669    +Wells Fargo Mortgage,    PO Box 10335,    Des Moines, IA 50306-0335
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
16889666     E-mail/PDF: mrdiscen@discoverfinancial.com Sep 24 2013 02:10:13     Discover,    PO Box 15316,
             Wilmington, DE  19850
17849793     E-mail/PDF: mrdiscen@discoverfinancial.com Sep 24 2013 02:10:13     Discover Bank,
             DB Servicing Corporation,    PO Box 3025,    New Albany, OH  43054-3025
16889667    +E-mail/Text: bnckohlsnotices@becket-lee.com Sep 24 2013 01:48:36     Kohls/Chase,    PO Box 3115,
             Milwaukee, WI 53201-3115
                                                                                              TOTAL: 3
```

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 25, 2013                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 20, 2013 at the address(es) listed below:
```
              Michael K Desmond    mkd.trustee@fslegal.com, IL23@ecfcbis.com
              Nancy   Cox    on behalf of Debtor Leonora B Sakowski attorneycox@gmail.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 3
```