Michael K. Desmond
Figliulo & Silverman
10 South La Salle St. 3600
Chicago, IL  60603
(312) 251-5287
    Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In re:  SAKOWSKI, LEONORA      §   Case No. 11-08248
                                                                               §
                                                                               §
Debtor(s)                                               §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
## REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
## AND APPLICATION TO BE DISCHARGED (TDR)

    Michael K. Desmond, chapter 7 trustee, submits this Final Account,
Certification that the Estate has been Fully Administered and Application to be Discharged.

    1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2)  A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $133,839.44                 Assets Exempt:  $30,053.34
*(without deducting any secured claims)*

Total Distribution to Claimants: $3,947.98      Claims Discharged
                                                                       Without Payment: $43,342.45

Total Expenses of Administration: $1,472.00

---

    3)  Total gross receipts of  $  5,419.98  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $  0.00  (see **Exhibit 2**), yielded net receipts of $5,419.98 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 1,772.00 | 1,572.00 | 1,472.00 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 59,703.00 | 47,290.43 | 47,290.43 | 3,947.98 |
| **TOTAL DISBURSEMENTS** | $59,703.00 | $49,062.43 | $48,862.43 | $5,419.98 |

4) This case was originally filed under Chapter 7 on February 28, 2011. The case was pending for 41 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 07/28/2014          By: /s/Michael K. Desmond
                               Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Harmony Variable Life Insurance Policy $131,213. | 1129-000 | 5,419.81 |
| Interest Income | 1270-000 | 0.17 |
| **TOTAL GROSS RECEIPTS** | | **$5,419.98** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Wells Fargo Mortgage | 4110-000 | 0.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Michael K. Desmond | 2100-000 | N/A | 1,292.00 | 1,092.00 | 992.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | Claims Scheduled | Claims Asserted | Claims Allowed | Claims Paid |
|---|---|---|---|---|---|
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| BANK & TECHNOLOGY SERVICES FEE | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| BANK & TECHNOLOGY SERVICES FEE | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| BANK & TECHNOLOGY SERVICES FEE | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| BANK & TECHNOLOGY SERVICES FEE | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $1,772.00 | $1,572.00 | $1,472.00 |

### EXHIBIT 5 –PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-000 | 8,851.00 | 9,085.47 | 9,085.47 | 758.49 |
| 2 | RBS Citizens Bank | 7100-000 | 10,477.00 | 10,686.06 | 10,686.06 | 892.11 |
| 3 | First National Bank of Omaha | 7100-000 | 2,667.00 | 2,762.10 | 2,762.10 | 230.59 |
| 4 | American Express Centurion Bank | 7100-000 | 4,931.00 | 5,003.34 | 5,003.34 | 417.70 |
| 5 | Capital One, N.A | 7100-000 | 13,206.00 | 553.73 | 553.73 | 46.23 |
| 6 | Chase Bank USA, N.A. | 7100-000 | 5,843.00 | 5,944.79 | 5,944.79 | 496.29 |
| 7 | Chase Bank USA, N.A. | 7100-000 | 6,153.00 | 6,106.52 | 6,106.52 | 509.79 |
| 8 | Chase Bank USA, N.A. | 7100-000 | 4,556.00 | 4,648.42 | 4,648.42 | 388.07 |
| 9 | Bernadette Sakowski | 7100-000 | 2,500.00 | 2,500.00 | 2,500.00 | 208.71 |
| NOTFILED | Kohls/Chase | 7100-000 | 519.00 | N/A | N/A | 0.00 |
| NOTFILED | RBS Citizens | 7100-000 | unknown | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $59,703.00 | $47,290.43 | $47,290.43 | $3,947.98 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 11-08248  
**Case Name:** SAKOWSKI, LEONORA  
**Period Ending:** 07/28/14

**Trustee:** (330623) Michael K. Desmond  
**Filed (f) or Converted (c):** 02/28/11 (f)  
**§341(a) Meeting Date:** 04/14/11  
**Claims Bar Date:** 12/23/11

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 1 | 420 West Belmont Apt 16B Chicago, IL 60657<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 125,000.00 | 110,000.00 | | 0.00 | FA |
| 2 | Checking Account Location: In possession of Nort<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 2,790.39 | 0.00 | | 0.00 | FA |
| 3 | Household Goods Location: In debtor's possession<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 386.00 | 0.00 | | 0.00 | FA |
| 4 | Wearing Apparel Location: In debtor's possession<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 750.00 | 0.00 | | 0.00 | FA |
| 5 | Misc. Jewelry Location: In debtor's possession<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 300.00 | 0.00 | | 0.00 | FA |
| 6 | Harmony Variable Life Insurance Policy $131,213.<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 6,213.90 | 0.00 | | 5,419.81 | FA |
| 7 | IRA (recently transferred from old company) Loca<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 4,588.05 | 0.00 | | 0.00 | FA |
| 8 | Cat Location: In debtor's possession<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 25.00 | 0.00 | | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 0.17 | FA |
| 9 | **Assets Totals** (Excluding unknown values) | **$140,053.34** | **$110,000.00** | | **$5,419.98** | **$0.00** |

**Major Activities Affecting Case Closing:**

TFR approved by Court and Funds distributed. TDR Pending.

Exhibit 8

# Form 1

Page: 2

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-08248  **Trustee:** (330623) Michael K. Desmond
**Case Name:** SAKOWSKI, LEONORA  **Filed (f) or Converted (c):** 02/28/11 (f)
  **§341(a) Meeting Date:** 04/14/11
**Period Ending:** 07/28/14  **Claims Bar Date:** 12/23/11

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

**Initial Projected Date Of Final Report (TFR):** December 31, 2012    **Current Projected Date Of Final Report (TFR):** September 20, 2013 (Actual)

Printed: 07/28/2014 03:19 PM    V.13.15

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 11-08248 | | Trustee: | Michael K. Desmond (330623) |
|---|---|---|---|---|
| Case Name: | SAKOWSKI, LEONORA | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | ****-******88-65 - Checking Account |
| Taxpayer ID #: | **-***8304 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 07/28/14 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 09/19/11 | {6} | Union Security Insurance | Refund of Life Insurance Proceeds | 1129-000 | 5,419.81 | | 5,419.81 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 5,419.82 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 5,394.82 |
| 10/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 5,394.86 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 5,369.86 |
| 11/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 5,369.90 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 5,344.90 |
| 12/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 5,344.94 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 5,319.94 |
| 01/31/12 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 5,319.98 |
| 01/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 5,294.98 |
| 02/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 5,269.98 |
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 5,244.98 |
| 04/30/12 | | BANK & TECHNOLOGY SERVICES FEE | Bank &  Technology Services Fees | 2600-000 | | 25.00 | 5,219.98 |
| 05/31/12 | | BANK & TECHNOLOGY SERVICES FEE | Bank & Technology Services Fees | 2600-000 | | 25.00 | 5,194.98 |
| 06/29/12 | | BANK & TECHNOLOGY SERVICES FEE | Bank & Technology Services Fees | 2600-000 | | 25.00 | 5,169.98 |
| 07/31/12 | | BANK & TECHNOLOGY SERVICES FEE | Bank & Technololgy Services Fees | 2600-000 | | 25.00 | 5,144.98 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 5,119.98 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 5,094.98 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 5,069.98 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 5,044.98 |
| 12/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 5,019.98 |
| 01/03/13 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001033062388 20130103 | 9999-000 | | 5,019.98 | 0.00 |
| | | | ACCOUNT TOTALS | | 5,419.98 | 5,419.98 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 5,019.98 | |
| | | | **Subtotal** | | **5,419.98** | **400.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$5,419.98** | **$400.00** | |

{} Asset reference(s)

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 11-08248  
**Case Name:** SAKOWSKI, LEONORA  

**Taxpayer ID #:** **-***8304  
**Period Ending:** 07/28/14  

**Trustee:** Michael K. Desmond (330623)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******8865 - Checking Account  
**Blanket Bond:** $5,000,000.00   (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/04/13 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 5,019.98 | | 5,019.98 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,009.98 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,999.98 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,989.98 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,979.98 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,969.98 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,959.98 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,949.98 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,939.98 |
| 03/14/14 | 11001 | Discover Bank | Distribution on Claim No. 1 | 7100-000 | | 758.49 | 4,181.49 |
| 03/14/14 | 11002 | RBS Citizens Bank | Distribution on Claim No. 2 | 7100-000 | | 892.11 | 3,289.38 |
| 03/14/14 | 11003 | First National Bank of Omaha | Distribution on Claim No. 3 | 7100-000 | | 230.59 | 3,058.79 |
| 03/14/14 | 11004 | American Express Centurion Bank | Distribution on Claim No. 4 | 7100-000 | | 417.70 | 2,641.09 |
| 03/14/14 | 11005 | Capital One,N.A | Distribution on Claim No. 5 | 7100-000 | | 46.23 | 2,594.86 |
| 03/14/14 | 11006 | Chase Bank USA, N.A. | Distribution on Claim No. 6 | 7100-000 | | 496.29 | 2,098.57 |
| 03/14/14 | 11007 | Chase Bank USA, N.A. | Distribution on Claim No. 7 | 7100-000 | | 509.79 | 1,588.78 |
| 03/14/14 | 11008 | Chase Bank USA, N.A. | Distribution on Claim No. 8 | 7100-000 | | 388.07 | 1,200.71 |
| 03/14/14 | 11009 | Bernadette Sakowski | Distribution on Claim No. 9 | 7100-000 | | 208.71 | 992.00 |
| 03/14/14 | 11010 | Figliulo & Silverman, P.C. | | 2100-000 | | 992.00 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 5,019.98 | 5,019.98 | **$0.00** |
| | | | Less: Bank Transfers | | 5,019.98 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 5,019.98 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$5,019.98** | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| Checking # ****-******88-65 | 5,419.98 | 400.00 | 0.00 |
| Checking # ******8865 | 0.00 | 5,019.98 | 0.00 |
| | **$5,419.98** | **$5,419.98** | **$0.00** |

{} Asset reference(s)    Printed: 07/28/2014 03:19 PM    V.13.15